# EXHIBIT A

(/index.aspx)

Related Links   -- Select Link --



Home (/index.aspx)   Find a Case (/FindACase/index.aspx)   Case Types (/CaseTypes/civilsuits.aspx)   Forms/Fees

Our Judges (/Judges/index.aspx)   Locations (/Locations/index.aspx)   News

**CASE TOOLS**

Case History (/FindACase/casehistory.aspx)

Court Calendar (/FindACase/courtcalendar.aspx)

Court Locations (/Locations/index.aspx)

Find a Case (/FindACase/index.aspx)

Traffic Violations (/CaseTypes/traffic.aspx)

## JUSTICE COURTS CASE INFORMATION - CASE HISTORY

**Disclaimer:** The information on this website is not the official court record. Please contact the court for the official record. In no event shall the Maricopa County Justice Courts be liable for damages of any nature arising out of your use or inability to use this website.

<< return to previous page

**Case Information**

| | | | |
|---|---|---|---|
| Case Number: | CC2022-012532 | Judge: | Guzman, Joe |
| File Date: | 1/24/2022 | Location: | Agua Fria Justice Court |
| Case Type: | Justice Civil | Case Status: | 01 - New Case |

**Party Information**

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| ALICIA PAYNE | Plaintiff | N/A | Pro Per |
| NATIONAL CREDIT SYSTEM, INC | Defendant | N/A | Pro Per |

**Disposition Information**

There are no disposition notes on file

**Case Calendar**

There are no calendar events on file

**Events**

| Event Type | Sub Type | Result | Result Date |
|---|---|---|---|
| Affidavit of Service | Certified/Registered Mail | Served | 2/7/2022 |
| Notice | Pending Dismissal of Lawsuit | Mailed | 3/8/2022 |

**Judgments**

There are no judgments on file

Case Types (/CaseTypes/civilsuits.aspx) | Court Forms (/Forms/index.aspx) | Find a Case (/FindACase/index.aspx) | Court Calendars (/FindACase/courtcalendar.aspx) | Judges (/Judges/index.aspx)

Copyright © 2011 Maricopa County Justice Courts | Supported Browsers (/Notices/BrowserSupport.aspx)

 (http://www.twitter.com/MCJusticeCourts)   (http://www.facebook.com/MaricopaCountyJusticeCourts)

 (https://www.instagram.com/maricopacountyjusticecourts/)



 **Maricopa County Justice Courts, Arizona**

Agua Fria Justice Court   10420 W. Van Buren St. #101, Avondale, AZ 85323   602-372-8001

CASE NUMBER: CC2022012532SC

| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |
|---|---|
| Alicia Payne | NATIONAL CREDIT SYSTEM, INC |
|  | 3750 Naturally Fresh Blvd |
|  | Atlanta, GA 30349 |
|  | (425) 486-0468 |

RECEIVED JAN 2 4 2022 AGUA FRIA JUSTICE COURT

2nd Named Defendant: _____
3rd Named Defendant: _____

**SMALL CLAIMS COMPLAINT**   ARSCP 4

**WARNING:** THERE ARE NO APPEALS IN SMALL CLAIMS CASES. You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in the Small Claims Division of this court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of this court. If you request such transfer, allow at least 10 business days prior to the day of the scheduled hearing. ARS 22-504, ARSCP 11(a)

This court has venue over this matter because: Plaintiff's Adress: _____

☐ Defendant resides in this precinct.
☒ The debt, transaction or incident that resulted in this claim occurred in this precinct at the following location (ARS 22-202):

$ 1,053.00 is the total amount owed me by defendant because (please attach additional page(s) if more room is needed):

On September 23, 2021 the Plaintiff pull a copy of her credit report and discovered that the Defendant National Credit System had engaged in unfair, unlawful, and deceptive collection practices. **CLAIM ONE:** Defendant violated 15 USC § 1692e(5) by failing to obtain ownership over the alleged debt through an "Assignment" from the original Creditor Villas At Camelback Crossing that complied with all requirements of (Arizona Administrative Code R20-1518), before recording it's derogatory information with Plaintiff's major Credit Bureaus. The Defendant's action caused Plaintiff to suffer emotional stres over her credit score being lower based on defendant's illegal acts. Damages under 15 USC §1692 k

To the best of my knowledge and belief:

Date: 1/24/22   *Alicia Paye*
Plaintiff (signature)

Please inform court staff if interpreter services are required.
☐ Yes, I need interpreter services. Language: _____

**NOTICE:** If you are representing a partnership, association or any other organization, provide the court with a notice stating your position and authority to represent this action.

SC 8150-300.01 R: 1/1/20

 **Maricopa County Justice Courts, Arizona**

Agua Fria Justice Court   10420 W. Van Buren St. #101, Avondale, AZ 85323   602-372-8001

CASE NUMBER: CC2022012532SC

| Alicia Payne | NATIONAL CREDIT SYSTEM INC |
| --- | --- |
| ███████████████████████ | 3750 Naturally Fresh Blvd |
| ███████████████████████ | Atlanta, GA 30349 |
| ███████████████████████ | (425)486-0468 |
| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |

**RECEIVED JAN 24 2022 AGUA FRIA JUSTICE COURT**

**SMALL CLAIMS SUMMONS**   ☐ Replacement   ARSCP 5(b)

The Statutory Agent / Corporate Officer to be served is: Joel Lackey
Same above

Name / Address / Email / Phone

Notice: A separate Summons will be issued for each named defendant on the complaint.

TO THE ABOVE-NAMED DEFENDANT: You are directed to answer this complaint within **20 calendar days** by filing a written Answer in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs. A filing fee must be paid at the time your answer is filed. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

**REQUESTING AN INTERPRETER OR SPECIAL ACCOMMODATIONS: The court should be notified of requests for an interpreter or special accommodations at least *15 calendar days* before a court date.**

Date: 01/24/2022    BZ
                    Clerk

| Please inform court staff if interpreter services are required. |
| --- |
| ☐ Yes, I need interpreter services. Language: _____ |

SC 8150-300.2 R: 1/1/20



# Maricopa County Justice Courts, Arizona

**Agua Fria Justice Court**   10420 West Van Buren Street Ste 101, Avondale AZ 85323   602-372-8001
AguaFriaJusticeCourt@jbazmc.maricopa.gov

CASE NUMBER: CC2022012532 SC

ALICIA  PAYNE

NATIONAL CREDIT SYSTEM   INC
3750 NATURALLY FRESH BLVD
ATLANTA, GA 30349

Plaintiff(s) Name / Address / Email / Phone
PRO PER

Defendant(s) Name / Address / Email / Phone
PRO PER

Attorney for Plaintiff (s) Name / Address / Email / Phone

Attorney for Defendant(s) Name / Address / Email / Phone

### SMALL CLAIMS NOTICE OF PENDING DISMISSAL OF LAWSUIT    ARSCP 5(c)

Arizona Rules of Small Claims Procedure, Rule 5(c) Service: Court's Notice to the Parties: Upon receipt of the proof of service of process, the court will mail a notice to the plaintiff and to any defendant who has appeared in the lawsuit informing them that the court may dismiss the case **65 days** after service of process was completed unless a hearing has been scheduled, or the plaintiff has applied for entry of a default judgment as described in Rule 140 of the Justice Court Rules of Civil Procedure.

The court has received proof of service showing that a defendant has been served with a Complaint, Summons and Notice. If you believe that an answer was filed but did not receive a notice of hearing date, please call the court. If an answer is not filed within **20 days** of service, the plaintiff must initiate default proceedings in accordance with the Justice Court Rules of Civil Procedure.

Unless a hearing has been scheduled, or a Request and Affidavit for Entry of Default Judgment has been filed, the court may dismiss this case.

**The lawsuit may be dismissed on or after this date:** 4/13/2022         (**65 days** from date the defendant was served).

---

I CERTIFY that I delivered / mailed a copy of this document to:

☒ Plaintiff at the above address   ☐ Plaintiff's attorney   ☒ Defendant at the above address   ☐ Defendant's attorney

Date: 3/8/2022         By BZ
Clerk

SC 8150-318 R: 1/1/20